**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**GIORGI BERIDZE,**

              **Petitioner,**

    **v.**

**JAMAL L. JAMISON,** *et al.*,

              **Respondents.**

</td><td>

**CIVIL ACTION NO.  26-1611**

</td></tr>
</table>

**ORDER**

**AND NOW,** this 12th day of March 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** that:

1. Respondents are ordered to **SHOW CAUSE** why the Petition for a Writ of Habeas Corpus should not be granted by **March 16, 2026**.[1]

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office. The Clerk shall provide the U.S. Attorney's Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this order.

3. This matter shall be heard by the Honorable Cynthia M. Rufe on **March 18, 2026 at 11:00 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

4. Respondents shall not deport or transfer Petitioner from this Court's jurisdiction pending this Court's ruling on the pending petition. Respondents may release Petitioner from detention.

It is so **ORDERED.**

---

[1] 28 U.S.C. § 2243.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

2