**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIORGI BERIDZE, | : | |
| | : | |
| | : | |
| | : | |
| *Petitioner* | : | |
| | : | Civil No: 26-1611 |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL., | : | |
| | | |
| *Respondents.* | | |

### STIPULATION AND ORDER

Petitioner having filed for a writ of habeas corpus and the Respondents having filed their opposition yesterday, the parties hereby stipulate and agree as follows:

1.      The Court may decide this matter on the papers;

2.      The hearing scheduled for tomorrow, March 18, 2026, at 11 a.m. is cancelled.


                                        So stipulated,

Dated: March 17, 2026

                                        DAVID METCALF
                                        United States Attorney


/s Conor Deane                          /s Judith A.K. Amorosa
Conor Deane                             Judith A.K. Amorosa
Palladino, Isbell & Casazza             Assistant United States Attorney
1528 Walnut Street Suite 1701           615 Chestnut Street, Suite 1250
Philadelphia, PA 19102                  Philadelphia, PA 19106-4476
Conor@piclaw.com                        Judith.Amorosa@usdoj.gov
*Counsel for Petitioner*                (267) 535-9115
                                        *Counsel for Respondents*

IT IS SO **ORDERED:**

Dated: March 17, 2026

<u>s/Cynthia M. Rufe, J.</u>
Cynthia M. Rufe, J.
United States District Judge