IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIRGI BERIDZE,

                    Petitioner,

      v.

JAMAL JAMISON, *et al.*,

                   Respondents.

CIVIL ACTION NO.  26-1611

## ORDER

**AND NOW,** this 18th day of March 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 12:00 p.m. ET on **March 19, 2026**.

3. The government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

4. If the government chooses to pursue renewed detention of Petitioner after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Petitioner poses a flight risk or a danger to the community. Should renewed detention occur, the

government shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**