**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GIORGI BERIDZE,

               Petitioner,

    v.

JAMAL JAMISON, *et al.*,

               Respondents.

CIVIL ACTION NO.  26-1611

## ORDER

**AND NOW,** this 24th day of March 2026, upon consideration of the government's Certification of Compliance [Doc. No. 9], it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.